UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 24-81354-CIV-MARTINEZ-REINHART

VARONDRIA WILLIAMS and
MICHAEL WILLIAMS,

      Plaintiffs,

v.

EDWARD J. FAY, *et al.*,

      Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, pursuant to 28 U.S.C § 636 for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Relief from Judgment (the "Motion"), (ECF No. 56). (ECF No. 61). Judge Reinhart filed an R&R on the Motion, recommending that the Motion be denied. (ECF No. 68). After conducting a *de novo* review of the record and Objections, (ECF No. 70), it is hereby **ORDERED and ADJUDGED** that:

1. United States Magistrate Judge Reinhart's Report and Recommendation, (ECF No. 68), is **AFFIRMED and ADOPTED**.
2. The Motion, (ECF No. 56), is **DENIED**.
3. Plaintiffs' Objections, (ECF No. 70), are **OVERRULED**.
4. Plaintiffs' Motion to Vacate Report and Recommendations, (ECF No. 69), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of October, 2025.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record